**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| SCOTT HOWE, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC, et al., )<br>)<br>  Defendant. ) | Case No.: 3:17-cv-00770-DJH-DW |

\*\* \*\* \*\* \*\*

**NOTICE OF SETTLEMENT**

Comes the Plaintiff, Scott Howe, and hereby notifies the Court that Plaintiff has settled his claims against Defendant, Trans Union, LLC subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger