UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCOTT M. HOWE,     Plaintiff,

v.     Civil Action No. 3:17-cv-770-DJH-DW

FIFTH THIRD BANK, et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Scott Howe having filed a notice of settlement as to his claims against Defendant Trans Union, LLC (Docket No. 23), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Howe's claims against Trans Union are **DISMISSED** without prejudice. Within **thirty (30) days** of the date of entry of this Order, these parties shall file an agreed order of dismissal with prejudice. The Court will entertain a motion to reinstate Howe's claims against Trans Union within **thirty (30) days** of the date of entry of this Order in the event the settlement is not consummated.

This Order does not affect Howe's claims against any other defendant.

March 28, 2018

**David J. Hale, Judge**
**United States District Court**

1