UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SCOTT M. HOWE )<br>)<br>      PLAINTIFF )<br>v. )<br>)     CIVIL ACTION NO. 3:17-CV-770<br>FIFTH THIRD BANK, ET AL )<br>)<br>      DEFENDANTS )<br>_____) | |

## **FEDERAL RULE 26(a) INITIAL DISCLOSURES OF DEFENDANT**

Pursuant to Federal Rule 26(a), Defendant, Fifth Third Bank ("Fifth Third"), hereby serves its Initial Disclosures:

**FRCP 26 (a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Such individuals may include the following persons:

- Scott M. Howe, Plaintiff

  Plaintiff will have knowledge of the allegations contained in his complaint. Plaintiff's current address and phone number are not known to Fifth Third.

- Representative(s) of Equifax Information Services, LLC (hereinafter "Equifax")

  Representatives of Equifax may have information regarding the allegations contained in Plaintiff's complaint. Current addresses and telephone numbers of representatives of Equifax are not known to Fifth Third.

- Representative(s) of TransUnion, LLC (hereinafter "TransUnion")

  Representatives of TransUnion may have information regarding the allegations contained in Plaintiff's complaint. Current addresses and telephone numbers of representatives of TransUnion are not known to Fifth Third.

- Representative(s) of Experian Information Solutions, Inc. (hereinafter "Experian")

Representatives of Experian may have information regarding the allegations contained in Plaintiff's complaint. Current addresses and telephone numbers of representatives of Experian are not known to Fifth Third.

- Representative(s) of Fifth Third

Representatives of Fifth Third may have information regarding the allegations contained in Plaintiff's complaint. Representatives of Fifth Third may only be contacted only through counsel.

Fifth Third reserves the right to supplement this response as discovery proceeds and information becomes available responsive to this disclosure.

**FRCP 26 (a)(1)(A)(ii): A copy--or a description by category and location--of all documents, electrically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Such documents may include the following:

- Documents related to Mr. Howe's credit card account with Fifth Third, the payment history related this account, and the credit reporting associated with this account.

Fifth Third reserves the right to supplement this response as discovery proceeds and information becomes available responsive to this disclosure.

**FRCP 26 (a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Fifth Third does not claim any damages at this time, but reserves the right to supplement this response as discovery proceeds and information becomes available responsive to this disclosure.

**FRCP 26 (a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Fifth Third does not hold an insurance policy that is applicable to this action.

Respectfully submitted,

/s/ J. Tanner Watkins
J. Tanner Watkins
G. Luke Burton
DINSMORE & SHOHL LLP
101 South Fifth Street
Suite 2500
Louisville, Kentucky  40202
Phone: (502) 540-2300
tanner.watkins@dinsmore.com
luke.burton@dinsmore.com
*Counsel for Defendant Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David W. Hemminger
Hemminger Law Office, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
502-443-1060
Fax: 502-589-3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

/s/ J. Tanner Watkins
*Counsel for Defendant Fifth Third Bank*