UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCOTT M. HOWE, Plaintiff,

v. Civil Action No. 3:17-cv-770-DJH-DW

FIFTH THIRD BANK, et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Scott M. Howe and Defendant Experian Information Solutions, Inc. having filed an agreed order of dismissal with prejudice as to Howe's claims against Experian (Docket No. 31), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Howe's claims against Experian are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Experian Information Solutions, Inc. as a defendant in the record of this matter.

This Order does not affect Howe's claims against any other defendant.

April 18, 2018

David J. Hale, Judge
United States District Court

1