IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SCOTT M. HOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:17-cv-00770-DJH-DW |
| | ) |
| FIFTH THIRD BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Scott M. Howe, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action.  Each party shall bear its own fees and costs.

Respectfully submitted this 14th day of May, 2018.

HEMMINGER LAW OFFICE, PSC

/s/ David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff Scott M. Howe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Glenn L. Burton
J. Tanner Watkins
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202

                                              */s/ David W. Hemminger*
                                              David W. Hemminger