UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCOTT M. HOWE,                                                                    Plaintiff,

v.                                                         Civil Action No. 3:17-cv-770-DJH-DW

FIFTH THIRD BANK, et al.,                                                        Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Scott M. Howe having filed a notice of voluntary dismissal with prejudice as to his claims against Defendant Equifax Information Services, LLC (Docket No. 34), no answer or motion for summary judgment having been filed by Equifax, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Howe's claims against Equifax are **DISMISSED** with prejudice.  The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

This Order does not affect Howe's claims against any other defendant.

May 15, 2018

**David J. Hale, Judge**
**United States District Court**

1