IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| SCOTT M. HOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:17-CV-00770-DJH |
| | ) |
| FIFTH THIRD BANK, ET AL., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Scott M. Howe and Defendant Fifth Third Bank ("Fifth Third") hereby jointly request that this Court dismiss Plaintiff's claims against Fifth Third with prejudice. The parties shall bear their own costs and fees.

Dated: June 18, 2018

/s/ David W. Hemminger (w/ permission)
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, Kentucky 40243
Tel. 502.443.1060
Fax. 502.873.5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Dated: June 18, 2018

/s/ J. Tanner Watkins
J. Tanner Watkins
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
Tel: (502) 540-2300
Fax: (502) 585-2207
tanner.watkins@dinsmore.com
*Counsel for Fifth Third Bank*

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing was filed this 18th day of June, 2018, using the Court's ECF system, which will send notice to the following:

David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, Kentucky 40243
Tel. 502.443.1060
Fax. 502.873.5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

               /s/ J. Tanner Watkins
               *Counsel for Fifth Third Bank*