UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCOTT M. HOWE,                                                                                                   Plaintiff,

v.                                            Civil Action No. 3:17-cv-770-DJH-DW

FIFTH THIRD BANK, et al.,                                                       Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Scott M. Howe and Defendant Fifth Third Bank having filed a stipulation of dismissal with prejudice as to Howe's claims against Fifth Third (Docket No. 38), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Howe's claims against Fifth Third are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Fifth Third Bank as a defendant in the record of this matter.

(2)     All claims having been resolved (*see* D.N. 35; D.N. 33; D.N. 29), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

June 19, 2018

**David J. Hale, Judge**
**United States District Court**